IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUL 26 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
) Cr. No. 07-100S
vs. )
)
SEALED CASE )

**MOTION TO UNSEAL**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Mary Rogers, Assistant United States Attorney, and moves that the above-Listed case be unsealed.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT C. CORRENTE
United States Attorney

MARY E. ROGERS
Assistant U.S. Attorney

SO ORDERED:

LINCOLN D. ALMOND
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

DATE: 7/26/07