AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

JUAN MANUEL CASILLAS

**WARRANT FOR ARREST**

CASE NUMBER: CR 07-100S

RECEIVED
U.S. MARSHALS SERVICE
JUL 11 2007
District of Rhode Island

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JUAN MANUEL CASILLAS
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

CONSPIRACY TO COMMIT MONEY LAUNDERING

in violation of Title 18 United States Code, Section(s) 1956 (a)(1)(A)(i) AND 2

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Martha Saucier
Signature of Issuing Officer

Providence, RI July 11, 2007
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at border by ICE San Diego, CA | | |
| DATE RECEIVED 07/11/2007 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER C Wyant |
| DATE OF ARREST 10/02/2007 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.