CLOSED

# U.S. District Court
# Southern District of California (San Diego)
# CRIMINAL DOCKET FOR CASE #: 3:07-mj-02357-RBB All Defendants

Case title: USA v. Casillas

Date Filed: 10/02/2007
Date Terminated: 10/05/2007

---

Assigned to: Magistrate Judge Ruben B. Brooks

**Defendant**

**Juan Casillas** (1)
*TERMINATED: 10/05/2007*

represented by **Mark A Chambers**
Law Office of Mark A Chambers
345 West 9th Avenue
Suite 200
Escondido, CA 92025
(760)489-1808
Fax: (760)489-0225
Email: chambers@mchambers.mpowermail.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1956(a)(1)(A)(I) and 2 and 18:371 - Conspiracy to Commit Money Laundering | |

**Plaintiff**

**USA**

represented by **U S Attorney CR**
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/02/2007 | 1 | COMPLAINT as to Juan Casillas (1). (pdc) (Entered: 10/02/2007) |
| 10/02/2007 | | Arrest of Juan Casillas (kaj) (Entered: 10/03/2007) |
| 10/02/2007 | 2 | Minute Entry for proceedings held before Magistrate Judge Ruben B. Brooks:Initial Appearance as to Juan Casillas held on 10/2/2007, dft informed of charges, attorney Mark A Chambers (N/A) appointed for Juan Casillas, no bail set as to Juan Casillas (1), Oral motion for detention by govt due to risk of flight, Detention Hearing set for 10/5/2007 10:00 AM in Courtroom B before Magistrate Judge Ruben B. Brooks, Removal/ID Hearing set for 10/16/2007 09:00 AM in Courtroom B before Magistrate Judge Ruben B. Brooks. (Tape #RBB07-1;10:52-11:09).(Plaintiff Attorney Caroline Han, AUSA).(Defendant Attorney Robert Henssler, FD S/A). (kaj) (Entered: 10/03/2007) |
| 10/02/2007 | 3 | Oral MOTION to Detain (flight) by USA as to Juan Casillas. (kaj) (Entered: 10/03/2007) |
| 10/05/2007 | 4 | ORDER OF DETENTION on Defendant's Waiver of Bail Pending Removal as to Juan Casillas. Signed by Judge Ruben B. Brooks on 10/5/07. This Order is entered without prejudice. (lao) (Entered: 10/09/2007) |
| 10/05/2007 | 5 | Minute Entry for proceedings held before Judge Ruben B. Brooks:Detention Hearing not held. Defendant waives Detention Hearing without prejudice. Order Filed; Defendant waives Identity/Removal Hearing. Waiver of ID/Removal filed. Defendant Ordered removed forthwith to District of Rhode Island as to Juan Casillas (Tape #RBB07-1:1020-1025).(Plaintiff Attorney Carolyn Han, AUSA).(Defendant Attorney Mark A Chambers, CJA). (lao) Additional attachment(s) added on 10/9/2007 (lao, ). (Entered: 10/09/2007) |

| | | |
|---|---|---|
| 10/05/2007 | 6 | WARRANT of Removal to District of Rhode Island Issued as to Juan Casillas. (lao) (Entered: 10/09/2007) |
| 10/05/2007 | 7 | WAIVER of Rule 5(c) and 5.1(a) Hearings by Juan Casillas (lao) (Entered: 10/09/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/17/2007 12:20:50 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:07-mj-02357-RBB |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

FILED
OCT - 5 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JUAN CASILLAS, Defendant. | Criminal Case No. 07-MJ-2357-RBB **ORDER OF DETENTION ON DEFENDANT'S WAIVER OF BAIL PENDING REMOVAL** |

In accordance with the Bail Reform Act of 1984, 18 U.S.C. § 3142(f), a detention hearing was scheduled for October 5, 2007, to determine whether defendant Juan Casillas (the "Defendant") should be held in custody without bail pending trial and, if convicted, sentencing in the above-captioned matter. Assistant U.S. Attorney Caroline Han appeared on behalf of the United States. Mark Chambers appeared on behalf of the Defendant.

At the hearing on October 5, 2007, the Defendant knowingly and voluntarily waived his right, on the record and in the presence of counsel, to the setting of bail and a detention hearing. Based on that waiver, the Court orders that the Defendant be detained pending trial and, if convicted, sentencing in these matters, without prejudice or waiver of the Defendant's right to later apply for bail and conditions of release, and without prejudice or a waiver of the right of the United States to seek detention in the event of an application by the Defendant for such relief.

///

## ORDER

IT IS HEREBY ORDERED that the Defendant be detained pending trial and, if convicted, sentencing in these matters.

IT IS FURTHER ORDERED that the Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded reasonable opportunity for private consultation with counsel.

While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and government counsel.

This order is made without prejudice to modification by this Court and without prejudice to the Defendant's exercise of his right to apply for bail and without prejudice to the right of the United States to seek detention in the event of an application by the Defendant for such relief.

IT IS SO ORDERED.

Dated: Oct 5, 2007

Ruben B. Brooks
United States Magistrate Judge

# MINUTES OF THE UNITED STATES DISTRICT COURT

USA v. JUAN CASILLAS [1] 07MJ2357-RBB

[] []

The Honorable: RUBEN B. BROOKS

Atty MARK CHAMBERS for [1] - CJA

Atty for [] -

Atty for [] -

DETENTION HEARING NOT HELD.
DEFT WAIVES DETENTION HEARING WITHOUT PREJUDICE. ORDER FILED. DEFT WAIVES IDENTITY/REMOVAL HEARING. WAIVER OF ID/REMOVAL FILED. DEFT ORDERED REMOVED FORTHWITH TO DISTRICT OF RHODE ISLAND.

Date: 10/05/07

END OF FORM

by VTL

FILED

OCT - 5 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**

v.

**JUAN CASILLAS**

**Magistrate Case No. 07MJ2357**

**WAIVER OF RULE 5(c) and 5.1(a) HEARINGS**
**(Excluding Probation/Supervised Release Violation)**

I, **JUAN CASILLAS**, understand that in the District of Rhode Island, charges are pending alleging violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i), 2 and 371, and that I have been arrested in the Southern District of California and taken before a United States Magistrate Judge, who informed me of the charge and of my right to:

1. Retain counsel or request the appointment of counsel if I am unable to retain counsel;
2. Request transfer of the proceedings to this district pursuant to Rule 20, Fed.R.Crim.P., in order to plead guilty **if** the United States Attorneys in both districts approve the transfer in writing;
3. A preliminary hearing if required by Federal Rules of Criminal Procedure 5.1 or 58(b)(2)(G) (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution; and
4. An identity hearing to determine if I am the same person named in the charging document.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

☒ identity hearing

☐ preliminary hearing

☐ identity hearing and have been informed I have no right to a preliminary hearing

☐ identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

JUAN CASILLAS
Defendant

Defense Counsel

10-5-07
Date

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED 2007 OCT -2 AM 10:09
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ________ DEPUTY

## ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: '07 MJ 2357

The person charged as CASILLAS, Juan now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the ________ District of Rhode Island with Conspiracy to Commit Money Laundering, in violation of Title 18 U.S.C. Secs. 1956(a)(1)(A)(I) and 2 and Title 18 U.S.C. Sec. 371

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 10/02/2007.

[signature]

CORY MILLER
(Name)
Deputy United States Marshal

Reviewed and Approved:

Dated: Oct 3 2007

[signature]

Assistant United States Attorney