AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

## APPEARANCE

Case Number: CR07-100-05S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Ivan Casillas.

I certify that I am admitted to practice in this court.

10-17-07
Date

[signature]
Signature

FRANK FLANAGAN 4858
Print Name Bar Number

SAYER REGAN THAYER + FLANAGAN
130 BELLEVUE AVE
Address

NEWPORT RI 02840
City State Zip Code

849-3040 849-4330
Phone Number Fax Number

fflanagan@srt-law.com