**DISTRICT JUDGE WILLIAM E. SMITH**
**U.S. District Court for the District of Rhode Island**
**December 18, 2007 Calendar Call**

## CRIMINAL CASES

**CR07-05-02S-LDA** **USA v. Ricardo Mejia**
Conspiracy with intent to Distribute Cocaine
**CR07-100-02S-LDA** **USA v. Idelfonso Betancourt-Rodriguez**
Conspiracy with intent to Distribute Cocaine
**CR07-100-03S-LDA** **USA v. Rafael Fernandez-Roque**
Conspiracy with intent to Distribute Cocaine
**CR07-100-04S-LDA** **USA v. Adolfo Verdugo**
Conspiracy with intent to Distribute Cocaine
**CR07-100-05S-LDA** **USA v. Juan Manuel Casillas**
Conspiracy with intent to Distribute Cocaine
**CR07-106-01S-LDA** **USA v. Jesus Gonzalez**
Conspiracy with intent to Distribute Cocaine
**CR07-138-01-LDA** **USA v. Souvanh Keosouvanh**
Conspiracy with intent to Distribute Cocaine

## CIVIL CASES

**CA05-229-S-LDA** **Michael Bowling v. Hasbro, Inc.**
Patent Infringement

## NOTICE

You are hereby notified that the above-captioned cases are on the trial calendar commencing on January 8, 2008 to be tried in the order listed. The calendar will be called on **December 18, 2007** at **9:00 a.m.** Juries will be empaneled on January 8, 2008 at 9:30 a.m.

Every effort will be made to provide a date certain for trial at the calendar call; however, dates may change due to settlements or other circumstances. Counsel should be prepared to discuss all scheduling issues at the Calendar Call.

Following Calendar Call a final Pretrial Conference will be held in all cases. The date for the final Pretrial Conference will be set at the Calendar Call, if not before.

Lead trial counsel must attend the Calendar Call unless specifically excused from attendance by the Court.

/s/Judge William E. Smith
William E. Smith
U.S. District Judge

Date: November 29, 2007

**Please notify Clerk's Office if any counsel of record have not been notified.**