IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
: C.R. No.: 07-100
V. :
:
JUAN MANUEL CASILLAS :

**REQUEST TO CHANGE OF PLEA**

Now comes the Defendant, Juan Manuel Casillas, and hereby requests to change his plea in this matter from NOT GUILTY to GUILTY. I make this request freely and voluntarily and without reliance on any promises or representations made by or from anyone to influence my decision to plead GUILTY. I am pleading GUILTY because I know I am, in fact, GUILTY and that the Government can prove me GUILTY. I plead GUILTY without the benefit of a plea agreement and despite my Counsel's advice to enter into a plea agreement. I plead GUILTY knowingly and voluntarily, without a plea agreement or any agreement or promise from the prosecution on this matter.

JUAN MANUEL CASILLAS
15 FEB 08

Submitted by

Francis J. Flanagan, Esquire (#4858)
Sayer Regan Thayer & Flanagan
130 Bellevue Avenue, Unit 2
Newport, Rhode Island 02840
(401) 849-3040