IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | C.R. No.: 07-100 |
| V. | : | |
| | : | |
| JUAN MANUEL CASILLAS | : | |

**MOTION TO WITHDRAW**

NOW COMES Attorney Francis J. Flanagan and moves this Court to withdraw as counsel for the Defendant, Juan Manuel Casillas. As grounds thereof, counsel states that there has been a complete breakdown of attorney-client communications and of the attorney-client relationship.

WHEREFORE, Attorney Francis J. Flanagan prays that this Court grant him the relief requested.

JUAN MANUEL CASILLAS
By His Attorneys

/s/ Francis J. Flanagan

Francis J. Flanagan (#4858)
SAYER, REGAN, THAYER & FLANAGAN
130 Bellevue Avenue, Unit 2
Newport, Rhode Island 02840
(401) 849-3040

Date: September 16, 2008

CERTIFICATION

I hereby certify that on the 16th day of September, 2008, I mailed a true copy of the within MOTION to Mary Rogers, Assistant United States Attorney, U.S. Attorney's Office, 50 Kennedy Plaza – 8th Floor, Providence, Rhode Island 02903, via regular first class mail postage prepaid.

/s/ Francis J. Flanagan